1

Honorable Benjamin H. Settle

2

3  TRACY M. MILLER, WSBA No. 24281
   MARCIA P. ELLSWORTH, WSBA No. 14334
4  Peterson Russell Kelly Livengood PLLC
   10900 NE 4th Street, Suite 1850
5  Bellevue, WA 98004-8341
   T: 425.462.4700
6  F: 425.471.0714
   E: tmiller@prklaw.com
7      mellsworth@prklaw.com
   *Attorneys for Defendant*

8

9              UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
10                    AT TACOMA

11  MICHELE ZWOSTA,                    NO. 3:25-cv-05252-MLP

12              Plaintiff,             **ORDER ENTERING
                                       STIPULATED PROTECTIVE ORDER**
13       v.

14  NORTHWEST OPEN ACCESS NETWORK,

15              Defendant.

16

17       Based upon the stipulation of counsel:

18       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the parties' stipulative

19  Protective Order, Dkt. 12, is entered by this Court.

20       DATED this 11th day of July, 2025.

21

22

23

24  BENJAMIN  H.  SETTLE
    United States District Judge

25

26

27

## CERTIFICATE OF SERVICE

I certify that I caused to be served in the manner noted below a copy of the foregoing on the following individual(s):

| | |
|---|---|
| ***Attorneys for Plaintiff***<br>Richard H. Wooster, WSBA #13752<br>Devin K. Epp, WSBA #60037<br>LAW OFFICES OF KRAM & WOOSTER, P.S.<br>1901 South "I" Street<br>Tacoma, WA 98405<br>rich@kjwmlaw.com;<br>devin@kjwmlaw.com; connie@kjwmlaw.com | ☒ via Court E-Service<br>☐ via U.S. Mail<br>☐ via Email<br>☐ via Hand Delivery<br>☐ via Facsimile |

Dated: July 11, 2025, at Bellevue, Washington.

Tami Snow, Paralegal

ORDER ENTERING STIPULATED PROTECTIVE ORDER
Case No. 3:25-cv-05252-MLP - 2

PETERSON RUSSELL KELLY LIVENGOOD PLLC
10900 NE 4th Street, Suite 1850
Bellevue, WA 98004-8341
T: 425.462.4700 | F: 425.471.0714